Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−11927−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Steven Jones
    1053 Robin Court
    Greenbrook, NJ 08812

Social Security No.:
    xxx−xx−8758

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         5/11/22
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: April 12, 2022
JAN: pbf

                                           Jeanne Naughton
                                           Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Steven Jones  
    Debtor

Case No. 22-11927-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Apr 12, 2022     Form ID: 132     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Jones, 1053 Robin Court, Greenbrook, NJ 08812-1738 |
| cr | + | Mountainview at Green Brook Condominium Associatio, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 519527293 | + | Bank of MIssouri/Total V, PO Box 84930, Sioux Falls, SD 57118-4930 |
| 519527296 | + | FB&T/Mercury Financial, PO Box 84064, Columbus, GA 31908-4064 |
| 519527298 | | Frederick Coles III, Law Offices of Frederick Coles, Suite B405, Sandy, UT 84070 |
| 519535040 | | MIDDLESEX EMERGENCY PHYSICIANS PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519527300 | + | Mcgovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 519527302 | + | Mountainview At Greenbrook Condo Assoc, c/o Wilkin Management Group, 45 Whitney Road, Mahwah, NJ 07430-3160 |
| 519538883 | + | Mountainview at Green Brook Condominium Associatio, 850 Carolier Lane, North Brunswick, New Jersey 08902-3312 |
| 519554668 | + | New Jersey American Water, POB 371331, Pittsburgh, PA 15250-7331 |
| 519527305 | | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519527307 | #+ | Somerset Emerg Med Associates, P.O. Box 6222, Parsippany, NJ 07054-7222 |
| 519527311 | + | US Department of HUD, c/o Deval LLC, 1255 Corporate Drive #300, Irving, TX 75038-2585 |
| 519527308 | + | University Radiology, Po Box 1075, 579A Cranbury Road, East Brunswick, NJ 08816-5426 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 12 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 12 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519527294 | + | Email/Text: bnc-capio@quantum3group.com | Apr 12 2022 20:29:00 | Capio Partners*, 2222 Texoma Pkwy, Ste 150, Sherman, TX 75090-2481 |
| 519527295 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2022 20:31:08 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519527297 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 12 2022 20:31:09 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 519527299 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 12 2022 20:29:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519527301 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 12 2022 20:31:07 | Midland Mortgage Company/MidFirst Bank, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 519527303 | | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 12 2022 20:29:00 | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116 |
| 519530312 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 12 2022 20:29:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519536806 | + | Email/PDF: cbp@onemainfinancial.com | Apr 12 2022 20:31:06 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |

| | | | | |
|---|---|---|---|---|
| 519527304 | + | Email/PDF: cbp@onemainfinancial.com | Apr 12 2022 20:30:59 | Onemain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 519541411 | | Email/Text: bnc-quantum@quantum3group.com | Apr 12 2022 20:29:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519527306 | + | Email/Text: clientservices@remexinc.com | Apr 12 2022 20:29:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519532716 | + | Email/Text: bknotices@totalcardinc.com | Apr 12 2022 20:29:00 | The Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 519527310 | | Email/Text: bknotice@upgrade.com | Apr 12 2022 20:29:00 | Upgrade Inc, 2 North Central Ave, 10th Floor, Phoenix, AZ 85004 |
| 519527309 | + | Email/Text: ebn@americollect.com | Apr 12 2022 20:29:00 | University Radiology Group PC, c/o Americollect, 1851 S Alverno Road, Manitowoc, WI 54220-9208 |
| 519527312 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 12 2022 20:29:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 14, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:

**Name**  **Email Address**

Albert Russo
docs@russotrustee.com

Bruce C. Truesdale
on behalf of Debtor Steven Jones brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William H Brosha
on behalf of Creditor Mountainview at Green Brook Condominium Association Inc. collections@theassociationlawyers.com

TOTAL: 5