Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.:  22−11927−MBK
                          Chapter:  13
                          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Jones
    1053 Robin Court
    Greenbrook, NJ 08812

Social Security No.:
   xxx−xx−8758

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 18, 2022.

Dated: July 18, 2022
JAN: ghm

                                                                                      Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Steven Jones  
    Debtor

Case No. 22-11927-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jul 18, 2022      Form ID: plncf13      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Jones, 1053 Robin Court, Greenbrook, NJ 08812-1738 |
| cr | + | Mountainview at Green Brook Condominium Associatio, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 519527293 | + | Bank of MIssouri/Total V, PO Box 84930, Sioux Falls, SD 57118-4930 |
| 519527296 | + | FB&T/Mercury Financial, PO Box 84064, Columbus, GA 31908-4064 |
| 519527298 | | Frederick Coles III, Law Offices of Frederick Coles, Suite B405, Sandy, UT 84070 |
| 519535040 | | MIDDLESEX EMERGENCY PHYSICIANS PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519527300 | + | Mcgovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 519527302 | + | Mountainview At Greenbrook Condo Assoc, c/o Wilkin Management Group, 45 Whitney Road, Mahwah, NJ 07430-3160 |
| 519538883 | + | Mountainview at Green Brook Condominium Associatio, 850 Carolier Lane, North Brunswick, New Jersey 08902-3312 |
| 519554668 | + | New Jersey American Water, POB 371331, Pittsburgh, PA 15250-7331 |
| 519555774 | + | New Jersey American Water, PO Box 2798, Camden, NJ 08101-2700 |
| 519527307 | #+ | Somerset Emerg Med Associates, P.O. Box 6222, Parsippany, NJ 07054-7222 |
| 519527311 | + | US Department of HUD, c/o Deval LLC, 1255 Corporate Drive #300, Irving, TX 75038-2585 |
| 519527308 | + | University Radiology, Po Box 1075, 579A Cranbury Road, East Brunswick, NJ 08816-5426 |
| 519554723 | + | Westlake Services, LLC, c/o Resurgent Capital Services, P.O. Box 3427, Greenville, SC 29602-3427 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519575392 | + | Email/Text: g20956@att.com | Jul 18 2022 20:42:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519527294 | + | Email/Text: bnc-capio@quantum3group.com | Jul 18 2022 20:42:00 | Capio Partners*, 2222 Texoma Pkwy, Ste 150, Sherman, TX 75090-2481 |
| 519527295 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2022 20:51:47 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519557811 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 18 2022 20:51:24 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519557810 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 18 2022 20:51:41 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519527297 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 18 2022 20:51:16 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 519569745 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

Case 22-11927-MBK    Doc 29    Filed 07/20/22    Entered 07/21/22 00:13:38    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2022 | Form ID: plncf13 | Total Noticed: 42 |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Jul 18 2022 20:42:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519527299 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 18 2022 20:41:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519581478 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 18 2022 20:41:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519567701 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 18 2022 20:51:34 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519527301 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 18 2022 20:51:47 | Midland Mortgage Company/MidFirst Bank, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 519527303 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 18 2022 20:42:00 | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116 |
| 519530312 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 18 2022 20:42:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519536806 | + | Email/PDF: cbp@onemainfinancial.com | Jul 18 2022 20:51:33 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 519527304 | + | Email/PDF: cbp@onemainfinancial.com | Jul 18 2022 20:51:12 | Onemain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 519527305 | ^ | MEBN | Jul 18 2022 20:40:16 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519577198 | ^ | MEBN | Jul 18 2022 20:40:39 | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519579714 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2022 20:42:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519541411 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2022 20:42:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519527306 | + | Email/Text: clientservices@remexinc.com | Jul 18 2022 20:41:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519532716 | + | Email/Text: bknotices@totalcardinc.com | Jul 18 2022 20:42:00 | The Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 519527310 | | Email/Text: bknotice@upgrade.com | Jul 18 2022 20:41:00 | Upgrade Inc, 2 North Central Ave, 10th Floor, Phoenix, AZ 85004 |
| 519560876 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 18 2022 20:51:13 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519527309 | + | Email/Text: ebn@americollect.com | Jul 18 2022 20:42:00 | University Radiology Group PC, c/o Americollect, 1851 S Alverno Road, Manitowoc, WI 54220-9208 |
| 519527312 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jul 18 2022 20:42:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Steven Jones brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marlena S. Diaz-Cobo | on behalf of Creditor Mountainview at Green Brook Condominium Association Inc. collections@theassociationlawyers.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H Brosha | on behalf of Creditor Mountainview at Green Brook Condominium Association Inc. collections@theassociationlawyers.com |

TOTAL: 6