UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

 Steven Jones,

 Debtor.

Case No.:     22-11927-MBK

Chapter:             13

Hearing Date:     08/10/2022

Judge:             Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 1053 Robin Court (Docket # 25)

_____

Date: 8/4/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*