| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>HLADIK, ONORATO & FEDERMAN, LLP<br>Sarah K. McCaffery, Esquire<br>298 Wissahickon Avenue<br>North Wales, PA 19454<br>(215) 855-9521<br>Attorney for Westlake Services, LLC d/b/a Westlake Financial Services | |
| In Re:<br><br>STEVEN JONES | Case No.:   22-11927-MBK<br><br>Chapter:   13<br><br>Hearing Date:   08/24/2022 at 9am<br><br>Judge:   Michael B. Kaplan |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: MOTION FOR RELIEF RE: 2008 CHEVROLET TAHOE

VIN# 1GNFK13018J110817

Date: 08/19/2022

/s/ Sarah K. McCaffery
Signature

*rev.8/1/15*