UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

In Re:

STEVEN JONES

Debtors,

Case No.:     22-11927-MBK

Chapter:     13

Hearing Date:     10/12/2022

Judge:     Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Doc # 24 Motion for Relief from Stay re: 2014 Kia Soul Wagon 4D, filed by Keri P. Ebeck on behalf of Consumer Portfolio Services, Inc. on January 24, 2019

Date: October 10, 2022

/s/ Keri P. Ebeck
Signature

*rev.8/1/15*