# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

Caption In Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 22-11927 MBK
CHAPTER 13
Judge: Michael B. Kaplan

In re:

Steven Jones

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 12/19/2000

I, **Marceia Jones**, employed as **Vice President** by MidFirst Bank, hereby certifies the following information:

Recorded on January 3, 2001 in Somerset County, in Book 3395, at Page 199.
Property Address: 1053 Robin Court, Green Brook NJ 08812.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Steven Jones

POST-PETITION PAYMENTS (Petition filed on March 10, 2022)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered August 25, 2022 | | | | | - |
| $600.00 AO Payment | 08/25/2022 | AO Lump Sum | $600.00 | 09/07/2022 | - |
| | | To Suspense | $700.00 | 09/13/2022 | $700.00 |
| $592.54 | 09/01/2022 | 09/2022 | From Suspense | 09/21/2022 | $107.46 |
| | | To Suspense | $600.00 | 10/18/2022 | $707.46 |
| $472.54 AO PMT 1/5 | 09/01/2022 | 09/2022 AO Payment | From Suspense | 10/21/2022 | $234.92 |
| | | To Suspense | $1,320.00 | 12/20/2022 | $1,554.92 |
| $472.54 AO PMT 2/5 | 10/01/2022 | 10/2022 AO Payment | From Suspense | 12/21/2022 | $1,082.38 |
| $592.54 | 10/01/2022 | 10/2022 | From Suspense | 12/21/2022 | $489.84 |
| $472.54 AO PMT 3/5 | 11/01/2022 | 11/2022 AO Payment | From Suspense | 01/13/2023 | $489.84 |
| $592.54 | 11/01/2022 | | $0.00 | | $17.30 |
| $472.54 AO PMT 4/5 | 12/01/2022 | | $0.00 | | $17.30 |
| $592.54 | 12/01/2022 | | $0.00 | | $17.30 |
| $592.54 | 01/01/2023 | | $0.00 | | $17.30 |

| $472.54 AO PMT 5/5 | 01/01/2023 | | $0.00 | | $17.30 |
|---|---|---|---|---|---|
| Total Due: $5,925.40 | | Total Received: $3,220.00 | | Arrears: $2,705.40 | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $592.54
Agreed Order payments past due: 2 mo. X $472.54
Arrears: $2,705.40

Each current monthly payment is comprised of:
    Principal & Interest:   $299.80
    R.E. Taxes:   $_____
    Insurance:   $_____
    Other:   $292.74   (Specify: Escrow)
    TOTAL   $592.54

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary) N/A

PRE-PETITION ARREARS: $3,026.37
I certify under penalty of perjury that the foregoing is true and correct.

Dated: 2/1/2023

Signature: Marceia Jones
Vice President