Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−11927−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Steven Jones
  1053 Robin Court
  Greenbrook, NJ 08812

Social Security No.:
  xxx−xx−8758

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/8/23 at 09:00 AM

to consider and act upon the following:

**50** − Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: re: 1053 Robin Court Green Brook, NJ 08812. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, 38 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 02/16/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 2/15/23

　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court