| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-11927 / MBK**

Steven Jones

Petition Filed Date: 03/10/2022
341 Hearing Date: 04/07/2022
Confirmation Date: 07/13/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/01/2022 | $240.00 | 24413 | 06/07/2022 | $240.00 | 24441 | 06/14/2022 | $1,000.00 | 1665 |
| 06/14/2022 | $240.00 | 24533 | 06/22/2022 | $240.00 | 24564 | 06/28/2022 | $240.00 | 24634 |
| 07/11/2022 | $240.00 | 24659 | 07/12/2022 | $240.00 | 24746 | 07/26/2022 | $240.00 | 24840 |
| 08/02/2022 | $240.00 | 24867 | 08/05/2022 | $240.00 | 24774 | 08/09/2022 | $240.00 | 24899 |
| 08/17/2022 | $240.00 | 24988 | 08/23/2022 | $240.00 | 25013 | 08/30/2022 | $240.00 | 25078 |
| 09/09/2022 | $240.00 | 25108 | 09/20/2022 | $240.00 | 25221 | 09/26/2022 | $240.00 | 25193 |
| 09/27/2022 | $240.00 | 25290 | 10/05/2022 | $240.00 | 25316 | 10/12/2022 | $240.00 | 25412 |
| 10/18/2022 | $240.00 | 25457 | 10/25/2022 | $240.00 | 25521 | 11/01/2022 | $240.00 | 25549 |
| 11/08/2022 | $240.00 | 25579 | 11/15/2022 | $240.00 | 25681 | 11/22/2022 | $240.00 | 25709 |
| 11/30/2022 | $240.00 | 25771 | 12/13/2022 | $240.00 | 25905 | 12/14/2022 | $240.00 | 25816 |
| 12/21/2022 | $240.00 | 25932 | 12/28/2022 | $240.00 | 25999 | 01/05/2023 | $240.00 | 26044 |
| 01/10/2023 | $240.00 | 26142 | 01/19/2023 | $240.00 | 26172 | 01/25/2023 | $240.00 | 26242 |
| 02/01/2023 | $240.00 | 26272 | 02/07/2023 | $240.00 | 26305 | 02/14/2023 | $240.00 | 26402 |
| 02/22/2023 | $240.00 | 26434 | 02/28/2023 | $240.00 | 26495 | 03/07/2023 | $240.00 | 26527 |

**Total Receipts for the Period: $10,840.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,840.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Steven Jones | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Bruce C. Truesdale, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,150.00 | $4,150.00 | $0.00 |
| 1 | NAVY FEDERAL CREDIT UNION<br>»» 2013 FORD TAURUS | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF MISSOURI | Unsecured Creditors | $156.85 | $0.00 | $156.85 |
| 3 | MIDDLESEX EMERGENCY PHYSICIANS PA | Unsecured Creditors | $1,415.70 | $0.00 | $1,415.70 |
| 4 | ONEMAIN FINANCIAL GROUP, LLC.<br>»» 2017 HARLEY DAVIDSON | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | MOUNTAINVIEW AT GREEN BROOK CONDO ASSO<br>»» 1053 ROBIN CT/ASSOC LIENS | Secured Creditors | $21,046.33 | $1,708.76 | $19,337.57 |
| 6 | MOUNTAINVIEW AT GREEN BROOK CONDO ASSO<br>»» 1053 ROBIN CT/ASSOC LIENS | Unsecured Creditors | $7,190.63 | $0.00 | $7,190.63 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» RWJ UNIVERSITY HOSPITAL SOMERSET | Unsecured Creditors | $221.85 | $0.00 | $221.85 |

**Chapter 13 Case No. 22-11927 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  RWJ UNIVERSITY HOSPITAL SOMERSET | Unsecured Creditors | $849.41 | $0.00 | $849.41 |
| 9 | PSE&G | Unsecured Creditors | $3,728.38 | $0.00 | $3,728.38 |
| 10 | WESTLAKE SERVICES LLC<br>»»  2008 CHEVROLET TAHOE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 11 | NEW JERSEY AMERICAN WATER | Unsecured Creditors | $937.52 | $0.00 | $937.52 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $325.83 | $0.00 | $325.83 |
| 13 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $496.08 | $0.00 | $496.08 |
| 14 | U.S. DEPARTMENT OF HUD<br>»»  P/1053 ROBIN CT/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 15 | MIDFIRST BANK<br>»»  P/1053 ROBIN COURT/1ST MTG | Mortgage Arrears | $3,026.37 | $245.72 | $2,780.65 |
| 16 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $863.99 | $0.00 | $863.99 |
| 17 | AT&T MOBILITY II LLC | Unsecured Creditors | $1,381.76 | $0.00 | $1,381.76 |
| 18 | PINK DOGWOOD 13, LLC<br>»»  UPGRADE | Unsecured Creditors | $5,156.03 | $0.00 | $5,156.03 |
| 19 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  FIRST BANK & TRUST | Unsecured Creditors | $1,498.94 | $0.00 | $1,498.94 |
| 20 | Mariner Finance | Unsecured Creditors | $1,171.41 | $0.00 | $1,171.41 |
| 21 | MIDFIRST BANK<br>»»  P/1053 ROBIN CT/1ST MTG/ATTY FEES 8/25/22 ORD | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 22 | WESTLAKE SERVICES LLC<br>»»  2008 CHEVY TAHOE/ATTY FEES 9/14/22 ORD | Debt Secured by Vehicle | $688.00 | $688.00 | $0.00 |
| 23 | NEW JERSEY TURNPIKE AUTHORITY<br>»»  UNPAID TOLLS & ADMIN CLAIMS | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 24 | NAVY FEDERAL CREDIT UNION<br>»»  2013 FORD TAURUS/ATTY FEES 12/12/22 | Debt Secured by Vehicle | $438.00 | $438.00 | $0.00 |
| 0 | Bruce C. Truesdale, Esq.<br>»»  ORDER 2/9/23 | Attorney Fees | $2,425.23 | $1,113.60 | $1,311.63 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,840.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $8,882.08 | Current Monthly Payment: | $1,118.00 |
| Paid to Trustee: | $844.32 | Arrearages: | $238.00 |
| Funds on Hand: | $1,113.60 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more  information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.

