Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  22−11927−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Jones
   1053 Robin Court
   Greenbrook, NJ 08812

Social Security No.:
   xxx−xx−8758

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/13/23 at 09:00 AM

to consider and act upon the following:

*62* − Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: re: 1053 Robin Court Green Brook, NJ 08812. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, 60 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 08/10/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 8/10/23

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court