UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Steven Jones,

Debtor.

Case No.: 22-11927-MBK

Chapter: 13

Hearing Date: 09/13/2023

Judge: Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 62)

_____

Date: 9/12/2023

/s/ Denise Carlon
Signature

*rev.8/1/15*