

**Order Filed on September 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
McGovern Legal Services, LLC
By: Marlena S. Diaz-Cobo, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Mountainview at Greenbrook
Condominium Association, Inc.

In Re:

STEVEN JONES

Case No.: 22-11927

Judge: Michael B. Kaplan

Chapter: 13

## CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

The relief set forth on the following pages, numbered one (1) though four (4) is hereby **ORDERED**.

**DATED: September 28, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

McGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR MOUNTAINVIEW AT GREENBROOK CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| STEVEN JONES | CASE NO.: 22-11927-MBK |
| Debtor. | CONSENT ORDER |

### CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Mountainview at Greenbrook Condominium Association, Inc. (the "Association"), by way of a Motion for Stay Relief and the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED, ADJUDGED AND DECREED THAT** the Debtor is indebted to the Association in the amount of $5,252.00 in post-petition maintenance fees, late fees, fines, management fees and attorneys' fees related to the Association's attempts to collect unpaid post-petition fees through August 4, 2023 (the "Total Due").

The Total Due is detailed below:

| | |
|---|---|
| Maintenance Fees (4/2022-8/2023): | $3,302.00 |
| Late Fees: | $400.00 |
| Fines: | $225.00 |

2

| | |
|---|---|
| Management Fees: | $450.00 |
| Legal (only work related to post-petition Default 8/4/23) | $875.00 |
| **Total:** | **$5,252.00** |

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtor shall pay the Association $1,500.00 on or before October 1, 2023, $625.33 on or before November 1, 2023, $625.33 on or before December 1, 2023, $625.33 on or before January 1, 2024, $625.33 on or before February 1, 2024, $625.33 on or before March 1, 2024 and $625.35 on or before April 1, 2024 (the "Cure Payments"). The Cure Payments shall be paid by personal or certified check made payable to Mountainview at Greenbrook Condominium Association, Inc. and received by McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtor shall maintain post-petition assessments and other post-petition obligations as they become due and owing to the Association commencing on September 1, 2023; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** if the Debtor fails to make the Cure Payments specified above or fails to make any regular monthly payment or the additional cure payment within thirty (30) days of the date the payment is due, then the Association may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:

McGovern Legal Services, LLC
Attorneys for Mountainview at Greenbrook
Condominium Association, Inc.

_____        9/26/23
MARLENA S. DIAZ-COBO, ESQ.              DATE


_____        9/26/2023
BRUCE C. TRUESDALE, ESQ.                DATE
Attorney for Debtor