| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-11927 / MBK**

Steven Jones

Petition Filed Date: 03/10/2022
341 Hearing Date: 04/07/2022
Confirmation Date: 07/13/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2023 | $240.00 | 26044 | 01/10/2023 | $240.00 | 26142 | 01/19/2023 | $240.00 | 26172 |
| 01/25/2023 | $240.00 | 26242 | 02/01/2023 | $240.00 | 26272 | 02/07/2023 | $240.00 | 26305 |
| 02/14/2023 | $240.00 | 26402 | 02/22/2023 | $240.00 | 26434 | 02/28/2023 | $240.00 | 26495 |
| 03/07/2023 | $240.00 | 26527 | 03/14/2023 | $240.00 | 26621 | 03/21/2023 | $240.00 | 26651 |
| 03/28/2023 | $240.00 | 26724 | 04/04/2023 | $240.00 | 26753 | 04/11/2023 | $240.00 | 26847 |
| 04/18/2023 | $240.00 | 26880 | 04/25/2023 | $240.00 | 26942 | 05/02/2023 | $240.00 | 26974 |
| 05/09/2023 | $240.00 | 27014 | 05/16/2023 | $240.00 | 27106 | 05/30/2023 | $240.00 | 27135 |
| 05/31/2023 | $240.00 | 27205 | 06/07/2023 | $240.00 | 27250 | 06/13/2023 | $240.00 | 27343 |
| 06/22/2023 | $240.00 | 27376 | 06/27/2023 | $240.00 | 27439 | 07/05/2023 | $240.00 | 27462 |
| 07/11/2023 | $240.00 | 27546 | 07/18/2023 | $240.00 | 27580 | 07/25/2023 | $240.00 | 27642 |
| 08/01/2023 | $240.00 | 27673 | 08/08/2023 | $240.00 | 27706 | 08/15/2023 | $240.00 | 27800 |
| 08/22/2023 | $240.00 | 27829 | 09/08/2023 | $240.00 | 27921 | 09/08/2023 | $240.00 | 27886 |
| 09/15/2023 | $240.00 | 28004 | 09/26/2023 | $240.00 | 28041 | 09/26/2023 | $240.00 | 28097 |
| 10/03/2023 | $240.00 | 28132 | 10/11/2023 | $240.00 | 28231 | 10/17/2023 | $240.00 | 28263 |
| 10/24/2023 | $240.00 | 28330 | 10/31/2023 | $240.00 | 28362 | 11/07/2023 | $240.00 | 28394 |
| 11/22/2023 | $240.00 | 28519 | 11/28/2023 | $240.00 | 28487 | 11/28/2023 | $240.00 | 28580 |
| 12/06/2023 | $240.00 | 28609 | 12/12/2023 | $240.00 | 28723 | 12/19/2023 | $240.00 | 28756 |
| 12/27/2023 | $240.00 | 28814 | 01/03/2024 | $240.00 | 28851 | 01/09/2024 | $240.00 | 28934 |
| 01/17/2024 | $240.00 | COLGATE 289 | | | | | | |

**Total Receipts for the Period: $13,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $21,640.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Steven Jones | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Bruce C. Truesdale, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,150.00 | $4,150.00 | $0.00 |
| 1 | NAVY FEDERAL CREDIT UNION<br>»» 2013 FORD TAURUS | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF MISSOURI | Unsecured Creditors | $156.85 | $0.00 | $156.85 |
| 3 | MIDDLESEX EMERGENCY PHYSICIANS PA | Unsecured Creditors | $1,415.70 | $0.00 | $1,415.70 |
| 4 | ONEMAIN FINANCIAL GROUP, LLC.<br>»» 2017 HARLEY DAVIDSON | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | MOUNTAINVIEW AT GREEN BROOK CONDO ASS<br>»» 1053 ROBIN CT/ASSOC LIENS | Secured Creditors | $21,046.33 | $8,386.26 | $12,660.07 |

**Chapter 13 Case No. 22-11927 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 6 | MOUNTAINVIEW AT GREEN BROOK CONDO ASSOC<br>»» 1053 ROBIN CT/ASSOC LIENS | Unsecured Creditors | $7,190.63 | $0.00 | $7,190.63 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» RWJ UNIVERSITY HOSPITAL SOMERSET | Unsecured Creditors | $221.85 | $0.00 | $221.85 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» RWJ UNIVERSITY HOSPITAL SOMERSET | Unsecured Creditors | $849.41 | $0.00 | $849.41 |
| 9 | PSE&G | Unsecured Creditors | $3,728.38 | $0.00 | $3,728.38 |
| 10 | WESTLAKE SERVICES LLC<br>»» 2008 CHEVROLET TAHOE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 11 | NEW JERSEY AMERICAN WATER | Unsecured Creditors | $937.52 | $0.00 | $937.52 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $325.83 | $0.00 | $325.83 |
| 13 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $496.08 | $0.00 | $496.08 |
| 14 | U.S. DEPARTMENT OF HUD<br>»» P/1053 ROBIN CT/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 15 | MIDFIRST BANK<br>»» P/1053 ROBIN COURT/1ST MTG | Mortgage Arrears | $3,026.37 | $1,205.91 | $1,820.46 |
| 16 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $863.99 | $0.00 | $863.99 |
| 17 | AT&T MOBILITY II LLC | Unsecured Creditors | $1,381.76 | $0.00 | $1,381.76 |
| 18 | PINK DOGWOOD 13, LLC<br>»» UPGRADE | Unsecured Creditors | $5,156.03 | $0.00 | $5,156.03 |
| 19 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» FIRST BANK & TRUST | Unsecured Creditors | $1,498.94 | $0.00 | $1,498.94 |
| 20 | Mariner Finance | Unsecured Creditors | $1,171.41 | $0.00 | $1,171.41 |
| 21 | MIDFIRST BANK<br>»» P/1053 ROBIN CT/1ST MTG/ATTY FEES 8/25/22 ORD | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 22 | WESTLAKE SERVICES LLC<br>»» 2008 CHEVY TAHOE/ATTY FEES 9/14/22 ORD | Debt Secured by Vehicle | $688.00 | $688.00 | $0.00 |
| 23 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS & ADMIN CLAIMS | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 24 | NAVY FEDERAL CREDIT UNION<br>»» 2013 FORD TAURUS/ATTY FEES 12/12/22 | Debt Secured by Vehicle | $438.00 | $438.00 | $0.00 |
| 0 | Bruce C. Truesdale, Esq.<br>»» ORDER 2/9/23 | Attorney Fees | $2,425.23 | $2,425.23 | $0.00 |
| 25 | MIDFIRST BANK<br>»» 1053 ROBIN COURT/PP ARREARS 4/12/23 | Mortgage Arrears | $590.48 | $203.90 | $386.58 |
| 26 | MIDFIRST BANK<br>»» 1053 ROBIN COURT/ATTY FEES 4/12/23 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| 27 | MIDFIRST BANK<br>»» 1053 ROBIN COURT/ATTY FEES 10/2/23 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |

**Chapter 13 Case No. 22-11927 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,640.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $18,435.30 | Current Monthly Payment: | $1,118.00 |
| Paid to Trustee: | $1,664.14 | Arrearages: | $618.00 |
| Funds on Hand: | $1,540.56 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

