| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>BRUCE C. TRUESDALE, P.C.<br>11 Greenbrook Road<br>Middlesex, New Jersey 08846<br>BY: Bruce C. Truesdale, Esq. (BC 0928)<br>Phone: 732-302-9600<br>Fax: 732-302-9066<br>Attorney for Debtor[s] | Case No.:  22-11927<br><br>Chapter:  13 |
| In Re:<br><br>STEVEN JONES | Adv. No.:<br><br>Hearing Date:  5/22/24<br><br>Judge:  MBK |

# CERTIFICATION OF SERVICE

1. I, Sarah A. Vanderstreet:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for the attorney, who represents the debtor in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On April 11, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Application for Compensation for Bruce C. Truesdale, Debtor's Attorney, period: 2/13/2023 to 3/8/2024, fee: $2090.00, expenses: $0.00.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  4/11/24                                        /s/ Sarah A. Vanderstreet

Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| U.S. Department of Justice<br>Office of the United States Trustee<br>District of New Jersey<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William H. Brosha, Esq.<br>MCGOVERN LEGAL SERVICES, LLC<br>850 Carolier Lane<br>North Brunswick, NJ 08902 | Service Requested | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Service Requested | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steven Jones<br>1053 Robin Court<br>Greenbrook, NJ 08812 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email2<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |