Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−11927−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Jones
   1053 Robin Court
   Greenbrook, NJ 08812

Social Security No.:
   xxx−xx−8758

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      5/22/24
Time:      02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Bruce C. Truesdale, Debtor's Attorney

COMMISSION OR FEES
fee: $2090.00

EXPENSES
expenses: $0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 11, 2024
JAN:

                                              Jeanne Naughton
                                              Clerk

Case 22-11927-MBK    Doc 81    Filed 04/13/24    Entered 04/14/24 00:14:20    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 22-11927-MBK
Steven Jones                                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                          Page 1 of 3
Date Rcvd: Apr 11, 2024                     Form ID: 137                         Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Jones, 1053 Robin Court, Greenbrook, NJ 08812-1738 |
| cr | + | Mountainview at Green Brook Condominium Associatio, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 519527298 |  | Frederick Coles III, Law Offices of Frederick Coles, Suite B405, Sandy, UT 84070 |
| 519527300 | + | Mcgovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 519527302 | + | Mountainview At Greenbrook Condo Assoc, c/o Wilkin Management Group, 45 Whitney Road, Mahwah, NJ 07430-3160 |
| 519538883 | + | Mountainview at Green Brook Condominium Associatio, 850 Carolier Lane, North Brunswick, New Jersey 08902-3312 |
| 519527311 | + | US Department of HUD, c/o Deval LLC, 1255 Corporate Drive #300, Irving, TX 75038-2585 |
| 519527308 | + | University Radiology, Po Box 1075, 579A Cranbury Road, East Brunswick, NJ 08816-5426 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |  | Email/Text: usanj.njbankr@usdoj.gov | Apr 11 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 11 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519575392 | + | Email/Text: g20956@att.com | Apr 11 2024 20:38:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519527293 | + | Email/Text: famc-bk@1stassociates.com | Apr 11 2024 20:38:00 | Bank of MIssouri/Total V, PO Box 84930, Sioux Falls, SD 57118-4930 |
| 519527294 | + | Email/Text: bnc-capio@quantum3group.com | Apr 11 2024 20:37:00 | Capio Partners*, 2222 Texoma Pkwy, Ste 150, Sherman, TX 75090-2481 |
| 519527295 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2024 21:11:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519557811 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 11 2024 20:58:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519557810 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 11 2024 20:58:48 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519527296 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 11 2024 20:37:00 | FB&T/Mercury Financial, PO Box 84064, Columbus, GA 31908-4064 |
| 519527297 |  | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 11 2024 21:11:47 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 519569745 |  | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 11 2024 20:38:00 | Jefferson Capital Systems LLC, PO Box 7999, St |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Cloud MN 56302-9617 |
| 519535040 | | Email/Text: BNCnotices@dcmservices.com | Apr 11 2024 20:37:00 | MIDDLESEX EMERGENCY PHYSICIANS PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519527299 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 11 2024 20:37:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519581478 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 11 2024 20:37:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519567701 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 11 2024 21:10:55 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519527301 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 11 2024 20:58:47 | Midland Mortgage Company/MidFirst Bank, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 519725459 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 11 2024 20:37:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519527303 | | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 11 2024 20:38:00 | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116 |
| 519530312 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 11 2024 20:38:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519555774 | + | Email/Text: csc.bankruptcy@amwater.com | Apr 11 2024 20:38:00 | New Jersey American Water, PO Box 2798, Camden, NJ 08101-2700 |
| 519554668 | + | Email/Text: csc.bankruptcy@amwater.com | Apr 11 2024 20:38:00 | New Jersey American Water, POB 371331, Pittsburgh, PA 15250-7331 |
| 519536806 | + | Email/PDF: cbp@omf.com | Apr 11 2024 20:47:10 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 519527304 | + | Email/PDF: cbp@omf.com | Apr 11 2024 20:58:57 | Onemain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 519527305 | ^ | MEBN | Apr 11 2024 21:12:42 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519577198 | ^ | MEBN | Apr 11 2024 21:12:43 | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519579714 | | Email/Text: bnc-quantum@quantum3group.com | Apr 11 2024 20:37:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519541411 | | Email/Text: bnc-quantum@quantum3group.com | Apr 11 2024 20:37:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519527306 | + | Email/Text: clientservices@remexinc.com | Apr 11 2024 20:37:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519532716 | + | Email/Text: famc-bk@1stassociates.com | Apr 11 2024 20:38:00 | The Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 519527310 | | Email/Text: bknotice@upgrade.com | Apr 11 2024 20:36:00 | Upgrade Inc, 2 North Central Ave, 10th Floor, Phoenix, AZ 85004 |
| 519560876 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Apr 11 2024 20:58:47 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519527309 | + | Email/Text: ebn@americollect.com | Apr 11 2024 20:38:00 | University Radiology Group PC, c/o Americollect, 1851 S Alverno Road, Manitowoc, WI 54220-9208 |
| 519527312 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 11 2024 20:38:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 519554723 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2024 20:48:12 | Westlake Services, LLC, c/o Resurgent Capital Services, P.O. Box 3427, Greenville, SC 29602-3427 |

Case 22-11927-MBK    Doc 81    Filed 04/13/24    Entered 04/14/24 00:14:20    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2024 | Form ID: 137 | Total Noticed: 42 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519527307 | ##+ | Somerset Emerg Med Associates*, P.O. Box 6222, Parsippany, NJ 07054-7222 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Steven Jones brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Navy Federal Credit Union KEBECK@BERNSTEINLAW.COM btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Marlena S. Diaz-Cobo | on behalf of Creditor Mountainview at Green Brook Condominium Association Inc. collections@theassociationlawyers.com |
| Sarah K. McCaffery | on behalf of Creditor Westlake Services LLC d/b/a Westlake Financial Services smccaffery@pincuslaw.com, ckohn@hoflawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H Brosha | on behalf of Creditor Mountainview at Green Brook Condominium Association Inc. collections@theassociationlawyers.com |

TOTAL: 8