| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-2363<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | <br><br>Order Filed on April 22, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Steven Jones,<br><br>Debtor | Case No.: 22-11927 MBK<br><br>Hearing Date: 3/13/2024 @ 9:00 a.m.<br><br>Judge: Michael B. Kaplan |

## ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: April 22, 2024**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Steven Jones
Case No: 22-11927 MBK
Caption of Order: ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 1053 Robin Court Green Brook, NJ 08812, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Bruce C. Truesdale, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of February 28, 2024, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due November 2023 through February 2024 with $408.18 in suspense for a total post-petition default of $1,820.70 (4 @ $557.22 less suspense of $408.18); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $1,820.70 will be paid over six months by Debtor remitting $303.45 per month, which additional payments shall begin on March 1, 2024 until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume march 1, 2024, directly to Secured Creditor (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00 for attorneys' fees which is to be paid through Debtor's Chapter 13 plan; and the certification of default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-11927-MBK
Steven Jones  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Apr 22, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Jones, 1053 Robin Court, Greenbrook, NJ 08812-1738 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Albert Russo
    docs@russotrustee.com

Bruce C. Truesdale
    on behalf of Debtor Steven Jones brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Navy Federal Credit Union KEBECK@BERNSTEINLAW.COM
    btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Marlena S. Diaz-Cobo
    on behalf of Creditor Mountainview at Green Brook Condominium Association  Inc. collections@theassociationlawyers.com

Sarah K. McCaffery
    on behalf of Creditor Westlake Services  LLC d/b/a Westlake Financial Services smccaffery@pincuslaw.com,

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 22, 2024 | Form ID: pdf903 | Total Noticed: 1 |

                ckohn@hoflawgroup.com

U.S. Trustee

                USTPRegion03.NE.ECF@usdoj.gov

William H Brosha

                on behalf of Creditor Mountainview at Green Brook Condominium Association  Inc. collections@theassociationlawyers.com

TOTAL: 8