| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>BRUCE C. TRUESDALE, P.C.<br>11 Greenbrook Road<br>Middlesex, NJ  08846<br>By: Bruce C. Truesdale, P.C. (BT 0928)<br>Phone:  732-302-9600<br>Fax: 732-302-9066<br>Attorney for the Debtor[s] | |
|---|---|
| In Re:<br><br>SYEVBE JONES | Case No.: 22-11927<br>Chapter: 13<br>Judge: MBK |

Order Filed on May 22, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 22, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Bruce C. Truesdale, Esq_____, the applicant, is allowed a fee of $ _____2090.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____2090.00_____. The allowance shall be payable:

- ❏ through the Chapter 13 plan as an administrative priority.
- ☑ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*