Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−11927−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Jones
   1053 Robin Court
   Greenbrook, NJ 08812

Social Security No.:
   xxx−xx−8758

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/25/24 at 09:00 AM

to consider and act upon the following:

**94** − Creditor's Certification of Default (related document:46 Order on Motion For Relief From Stay) filed by Cameron Deane on behalf of Navy Federal Credit Union. Objection deadline is 09/3/2024. (Attachments: # 1 Exhibit A # 2 Certification # 3 Proposed Order # 4 Certificate of Service) (Deane, Cameron)

Dated: 9/4/24

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court