| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| **WELTMAN, WEINBERG & REIS CO., LPA**<br>**By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)**<br>**520 Walnut Street, Suite 1355**<br>**Philadelphia, PA 19106**<br>**267-940-1643**<br>**WWR# 041545771**<br>Attorneys for Movant: Navy Federal Credit Union |

| | |
|---|---|
| IN re:<br><br>Steven Jones<br>　　　Debtor | Case No.: 22-11927-MBK<br>Chapter: 13<br>Judge: Michael B. Kaplan |

## WITHDRAWAL OF CERTIFICATION OF DEFAULT

　　　Kindly withdraw the Creditor's Certification of Default filed on August 19, 2024 (docket no.: 94) on behalf of Navy Federal Credit Union.

Date: October 1, 2024　　　　　　　Weltman, Weinberg & Reis Co., L.P.A.

　　　　　　　　　　　　　　　　　　/s/ Cameron Deane
　　　　　　　　　　　　　　　　　　Cameron Deane, Esquire
　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　520 Walnut Street, Suite 1355
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　P: 267-940-1643
　　　　　　　　　　　　　　　　　　F: 215-599-1505
　　　　　　　　　　　　　　　　　　cdeane@weltman.com