| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| **WELTMAN, WEINBERG & REIS CO., LPA** <br> **By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)** <br> **520 Walnut Street, Suite 1355** <br> **Philadelphia, PA 19106** <br> **267-940-1643** <br> **WWR# 041545771** <br> Attorneys for Movant: Navy Federal Credit Union |
| IN re: <br><br> Steven Jones <br>       Debtor |

Case No.: 22-11927-MBK
Chapter: 13
Judge: Michael B. Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled           ☑ Withdrawn

Matter: Creditors Certification of Default filed August 19, 2024.

Date: October 1, 2024                    /s/ Cameron Deane
                                         Signature of Attorney