Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                                 Case No.:  22−11927−MEH
                                 Chapter:  13
                                 Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Jones
   1053 Robin Court
   Greenbrook, NJ 08812

Social Security No.:
   xxx−xx−8758

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/5/25 at 09:00 AM

to consider and act upon the following:

*100* − Creditor's Certification of Default (related document:71 Order on Motion For Relief From Stay) filed by Marlena S. Diaz−Cobo on behalf of Mountainview at Green Brook Condominium Association, Inc.. Objection deadline is 02/5/2025. (Attachments: # 1 Exhibit A: Consent Order # 2 Exhibit B: Account Statement # 3 Proposed Order # 4 Certificate of Service) (Diaz−Cobo, Marlena)

Dated: 2/6/25

                                                                Jeanne Naughton
                                                                Clerk, U.S. Bankruptcy Court