Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−11927−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Jones
   1053 Robin Court
   Greenbrook, NJ 08812

Social Security No.:
   xxx−xx−8758

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/9/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 9, 2025
JAN: wiq

                                                       Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Steven Jones  
    Debtor

Case No. 22-11927-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jul 09, 2025      Form ID: 148      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Jones, 1053 Robin Court, Greenbrook, NJ 08812-1738 |
| cr | + | Mountainview at Green Brook Condominium Associatio, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 519527298 | | Frederick Coles III, Law Offices of Frederick Coles, Suite B405, Sandy, UT 84070 |
| 519527300 | + | Mcgovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 519527302 | + | Mountainview At Greenbrook Condo Assoc, c/o Wilkin Management Group, 45 Whitney Road, Mahwah, NJ 07430-3160 |
| 519538883 | + | Mountainview at Green Brook Condominium Associatio, 850 Carolier Lane, North Brunswick, New Jersey 08902-3312 |
| 519527311 | + | US Department of HUD, c/o Deval LLC, 1255 Corporate Drive #300, Irving, TX 75038-2585 |
| 519527308 | + | University Radiology, Po Box 1075, 579A Cranbury Road, East Brunswick, NJ 08816-5426 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 09 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 09 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519575392 | + | EDI: ATTWIREBK.COM | Jul 10 2025 00:33:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519527293 | + | EDI: TCISOLUTIONS.COM | Jul 10 2025 00:33:00 | Bank of MIssouri/Total V, PO Box 84930, Sioux Falls, SD 57118-4930 |
| 519527294 | + | EDI: CAPIO.COM | Jul 10 2025 00:33:00 | Capio Partners*, 2222 Texoma Pkwy, Ste 150, Sherman, TX 75090-2481 |
| 519527295 | + | EDI: CAPITALONE.COM | Jul 10 2025 00:33:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519557811 | + | EDI: AIS.COM | Jul 10 2025 00:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519557810 | + | EDI: AIS.COM | Jul 10 2025 00:33:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519527296 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jul 09 2025 20:48:00 | FB&T/Mercury Financial, PO Box 84064, Columbus, GA 31908-4064 |
| 519527297 | | EDI: AMINFOFP.COM | Jul 10 2025 00:33:00 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 519569745 | | EDI: JEFFERSONCAP.COM | Jul 10 2025 00:33:00 | Jefferson Capital Systems LLC, PO Box 7999, St |

| | | | | |
|---|---|---|---|---|
| | | | | Cloud MN 56302-9617 |
| 519535040 | | Email/Text: BNCnotices@dcmservices.com | Jul 09 2025 20:48:00 | MIDDLESEX EMERGENCY PHYSICIANS PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519527299 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 09 2025 20:48:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519581478 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 09 2025 20:48:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519567701 | + | EDI: AISMIDFIRST | Jul 10 2025 00:33:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519527301 | | EDI: AISMIDFIRST | Jul 10 2025 00:33:00 | Midland Mortgage Company/MidFirst Bank, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 519725459 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 09 2025 20:48:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519527303 | | EDI: NFCU.COM | Jul 10 2025 00:33:00 | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116 |
| 519530312 | + | EDI: NFCU.COM | Jul 10 2025 00:33:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519555774 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 09 2025 20:49:00 | New Jersey American Water, PO Box 2798, Camden, NJ 08101-2700 |
| 519554668 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 09 2025 20:49:00 | New Jersey American Water, POB 371331, Pittsburgh, PA 15250-7331 |
| 519536806 | + | EDI: AGFINANCE.COM | Jul 10 2025 00:33:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 519527304 | + | EDI: AGFINANCE.COM | Jul 10 2025 00:33:00 | Onemain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 519527305 | ^ | MEBN | Jul 09 2025 20:47:29 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519577198 | ^ | MEBN | Jul 09 2025 20:46:03 | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519579714 | | EDI: Q3G.COM | Jul 10 2025 00:33:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519541411 | | EDI: Q3G.COM | Jul 10 2025 00:33:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519527306 | + | Email/Text: clientservices@remexinc.com | Jul 09 2025 20:48:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519532716 | + | EDI: TCISOLUTIONS.COM | Jul 10 2025 00:33:00 | The Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 519527310 | | Email/Text: bknotice@upgrade.com | Jul 09 2025 20:47:00 | Upgrade Inc, 2 North Central Ave, 10th Floor, Phoenix, AZ 85004 |
| 519560876 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 09 2025 21:10:50 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519527309 | + | Email/Text: ebn@americollect.com | Jul 09 2025 20:49:00 | University Radiology Group PC, c/o Americollect, 1851 S Alverno Road, Manitowoc, WI 54220-9208 |
| 519527312 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jul 09 2025 20:49:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 519554723 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2025 21:10:26 | Westlake Services, LLC, c/o Resurgent Capital Services, P.O. Box 3427, Greenville, SC 29602-3427 |

Case 22-11927-MEH   Doc 112   Filed 07/11/25   Entered 07/12/25 00:18:08   Desc
Imaged Certificate of Notice   Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: 148 | Total Noticed: 42 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519527307 | ##+ | Somerset Emerg Med Associates*, P.O. Box 6222, Parsippany, NJ 07054-7222 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Steven Jones brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Cameron Deane | on behalf of Creditor Navy Federal Credit Union cdeane@weltman.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Navy Federal Credit Union KEBECK@BERNSTEINLAW.COM btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Marlena S. Diaz-Cobo | on behalf of Creditor Mountainview at Green Brook Condominium Association  Inc. collections@theassociationlawyers.com |
| Sarah K. McCaffery | on behalf of Creditor Westlake Services  LLC d/b/a Westlake Financial Services smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H Brosha | on behalf of Creditor Mountainview at Green Brook Condominium Association  Inc. collections@theassociationlawyers.com |

TOTAL: 10